```
Court Name: United States District Court
Division: 1
Receipt Number: 14683090436
Cashier ID: nlopez
Transaction Date: 06/09/2021
Payer Name: MATTHEW L. THACKER

PLRA CIVIL FILING FEE
  For: MATTHEW L. THACKER
  Case/Party: D-VAE-1-20-CV-000609-001
  Amount:         $8.60

CHECK
  Remitter: LAWRENCEVILLE CORRECTIONAL
  Check/Money Order Num: 172319
  Amt Tendered: $8.60

Total Due:       $8.60
Total Tendered:  $8.60
Change Amt:      $0.00

MATTHEW L. THACKER
PLRA
20CV609
```