```
Court Name: United States District Court
Division: 1
Receipt Number: 14683090666
Cashier ID: nneblett
Transaction Date: 06/28/2021
Payer Name: MATTHEW L. THACKER

PLRA CIVIL FILING FEE
 For: MATTHEW L. THACKER
 Case/Party: D-VAE-1-20-CV-000609-001
 Amount:         $8.00

CHECK
 Remitter: LAWRENCEVILLE CORRECTIONAL CE
N
 Check/Money Order Num: 172662
 Amt Tendered: $8.00

Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00

PLRA
120CV609
```