IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Matthew L. Thacker,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | 1:20cv609 (LO/WEF) |
| | ) | |
| Michael Breckon, *et al.*,<br>    Defendants. | )<br>)<br>) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendants' motions to dismiss and for summary judgment [Dkt. Nos. 59-1, 76, 112] be and are **GRANTED**; and it is further

**ORDERED** that plaintiff's motion for leave to amend memorandum of law in opposition of motion for summary judgment [Dkt. No. 91] be and is **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that this civil action be and is **DISMISSED**.

To appeal this decision, plaintiff must file a Notice of Appeal ("NOA") with the Clerk's Office within thirty (30) days of the date of this Order, including in the NOA the date of the Order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the appellate court. Failure to file a timely NOA waives the right to appeal this Order.

The Clerk is **DIRECTED**, pursuant to Federal Rule of Civil Procedure 58, to enter final judgment in favor defendants; to send a copy of this Order to plaintiff and to counsel of record for defendants; and to close this civil action.

Entered this 19 day of August, 2022

Alexandria, Virginia

                                                                 /s/
                                           Liam O'Grady
                                           United States District Judge