IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Matthew L Thacker | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00609-LO-WEF |
| | ) | |
| Breckon et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**<u>JUDGMENT</u>**

Pursuant to the Order of this Court entered on August 19, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants Michael Breckon, Harold Clarke, D.D. Hicks and N. Edmonds and against the Plaintiff Matthew L Thacker.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 8/19/2022
Alexandria, Virginia