FILED: May 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7033
(1:20-cv-00609-LO-WEF)
_____

MATTHEW L. THACKER

    Plaintiff - Appellant

v.

MICHAEL BRECKON, Warden, Sued individually and in his Official Capacity; HAROLD CLARKE, Director of Virginia Department of Corrections, Sued Individually and in his Official Capacity; D. D. HICKS, Chief of Housing and Programs Sued in his Individual and Official Capacities; N. EDMONDS, Captain/Correctional Officer, Sued Individually and in his Official Capacity

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK