FILED: June 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7033
(1:20-cv-00609-LO-WEF)

_____

MATTHEW L. THACKER

      Plaintiff - Appellant

v.

MICHAEL BRECKON, Warden, Sued individually and in his Official Capacity; HAROLD CLARKE, Director of Virginia Department of Corrections, Sued Individually and in his Official Capacity; D. D. HICKS, Chief of Housing and Programs Sued in his Individual and Official Capacities; N. EDMONDS, Captain/Correctional Officer, Sued Individually and in his Official Capacity

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered May 16, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*